**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**SAM DAWKINS**                              CASE NO.:    6:13-bk-01294-CCJ
                                                          6:13-ap-130-CCJ

    **Debtor,**
_____/

## DEBTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

COMES NOW, the Debtor, SAM DAWKINS, by and through his undersigned counsel and files this Unopposed Motion for Extension of Time to Respond to Complaint, and says:

1. Counsel for Debtor has conferred with counsel for Creditor, DEBORAH RASPA.

2. Counsel for Creditor, DEBORAH RASPA, does not oppose an extension of time to respond to the complaint filed in this adversary proceeding.

WHEREFORE, the Debtor requests this Court grant this Unopposed Motion for Extension of Time to Respond to the Complaint and extend the deadline to file an answer an additional thirty (30) days from the current deadline of September 4, 2013 and any additional relief deemed just.

| | |
|---|---|
| /s/ Maureen A. Vitucci | /s/ Keith D. Collier |
| MAUREEN A. VITUCCI, ESQ. | KEITH D. COLLIER, ESQ. |
| Florida Bar No. 605530 | Florida Bar No. 0633771 |
| GRAYROBINSON, P.A. | 37 N. Orange Avenue, Suite 500 |
| 301 East Pine Street – Suite 1400 | Orlando, Florida 32801 |
| Post Office Box 3068 | Telephone: (407) 851-4357 |
| Orlando, Florida 32801 | Facsimile: (407) 851-4357 |
| Telephone: (407) 244-5632 | *Attorney for Sam Dawkins* |
| Facsimile: (407) 244-5690 | |
| *Attorneys for Deborah Raspa* | |

| | |
|---|---|
| **DATED:** September 4, 2013 | The Law Offices of Keith D. Collier |
| | <u>/s/ Keith D. Collier, Esquire</u><br>**KEITH D. COLLIER**<br>Florida Bar No.: 0633771<br>2350 Park Street<br>Jacksonville, Florida 32204<br>(904) 981-8100/Fax: 981-8015<br>Collier@KeithDCollier.com<br>Attorney for Debtor |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been furnished by Electronic Mail on this 4th day of September, 2013, electronically via CM/ECF or by U.S. Mail on all parties of interest.

<u>/s/ Keith D. Collier, Esquire</u>
**KEITH D. COLLIER**