**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

**SAM DAWKINS**  CASE NO.:  6:13-bk-01294-CCJ
  6:13-ap-130-CCJ

**Debtor,**
_____/

**ORDER GRANTING DEBTOR'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

This Case is before the Court on the Debtor's Unopposed Motion for Extension of Time to Respond to Complaint (Docket # 7) filed by the Debtor, SAM DAWKINS, on September 4, 2013.  The interested parties having consented, it is

ORDERED:

1.  The Debtor's Unopposed Motion for Extension of Time to Respond to Complaint is granted.

2.  The Debtor, SAM DAWKINS, shall have an additional thirty (30) days from the original deadline of September 4, 2013 to file a response to the answer or seek any additional

extension of time to respond.

DONE AND ORDER ON September 17, 2013, in Orlando, Florida.

_____
CYNTHIA C. JACKSON
UNITED STATES BANKRUPTCY JUDGE

Attorney Keith D. Collier is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.